IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| NELMA JEAN BRYSON | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | 1:22-cv-551 (PTG/JFA) |
| NELMAJEANBRYSON.COM | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") from

Magistrate Judge John F. Anderson (Dkt. 17) regarding Plaintiff's Motion for Default Judgment

(Dkt. 13). Plaintiff filed a Motion for Default Judgment on July 20, 2022. Dkt. 13. On August

5, 2022, Judge Anderson issued an R&R regarding the Motion. Dkt. 17. Judge Anderson

advised the parties that, pursuant to 28 U.S.C. § 636 and Rule 72(b) of the Federal Rules of Civil

Procedure, objections to the R&R must be filed within fourteen (14) days of service and failure

to object waives appellate review. Dkt. 17 at 9. To date, no objections have been filed.

After reviewing the record and Judge Anderson's Recommendation, and finding good

cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Anderson set forth in the

R&R (Dkt. 17). Accordingly, it is

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 13) is **GRANTED.** It is

further

**ORDERED** that default judgment be, and hereby is, **ENTERED** in favor of Plaintiff

Nelma Jean Bryson against Defendant NELMAJEANBRYSON.COM. It is further

**ORDERED** that VeriSign, Inc., the registry for the Defendant Domain Name, change the

registrar of record for NELMAJEANBRYSON.COM to GoDaddy.com, LLC and that

GoDaddy.com have Plaintiff listed as the registrant.

 The Clerk of Court is directed to enter judgment in favor of the Plaintiff as set forth

above, pursuant to Federal Rule of Civil Procedure 55.

 It is **SO ORDERED.**

Dated: November 10ᵗʰ, 2022

                /s/
            Patricia Tolliver Giles
            United States District Judge